**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| JOHNNIE COPELAND, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 7:06-CV-38 (HL) |
| | : | |
| JAMES LANIER, Warden | : | |
| | : | |
| Respondent | : | |

**ORDER**

This case is before the Court on the Recommendation (Doc. 15) of United States Magistrate Judge Richard L. Hodge on Petitioner Johnnie Copeland's Petition for Writ of Habeas Corpus (Doc. 2) (the "Petition"). The Magistrate Judge recommends denying the Petition. Petitioner has not filed an objection within the allowed time. Pursuant to 28 U.S.C. § 636(b)(1), the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Petition for Writ of Habeas Corpus (Doc. 2) is denied.

**SO ORDERED**, this the 23rd day of September, 2009.

/s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

jch